**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

**ENDORSED ORDER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

  - against -

NICHOLAS K INCORPORATED,

                Defendants.
-----------------------------------------------------------X

Case No.   1:23-cv-7702-RER-LB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Nicholas K Incorporated.

Dated:  Scarsdale, New York
       April 9, 2024

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _/s/Dan Shaked_____
   Dan Shaked, Esq.
   14 Harwood Court, Suite 415
   Scarsdale, NY 10583
   Tel. (917) 373-9128
   e-mail: ShakedLawGroup@Gmail.com

So Ordered: Date 4/10/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Clerk of the Court is directed to close this case.